

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:      01-11-00701-CV

Trial Court Cause
Number:      11DCV187301

Style:      Glenn Blair

     **v** Angela McClinton

Date motion filed[*]:      August 26, 2013

Type of motion:      Motion to post to web

Party filing motion:      Appellant, Glenn Blair

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

     ☐ Granted

         If document is to be filed, document due: _____

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☒ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
         ☒ Acting individually    ☐ Acting for the Court

Panel consists of  Justices Keyes, Sharp, and Huddle.

Date: October 1, 2013